| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 5:18-CR-253-1BO |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT EASTERN NORTH CAROLINA | DIVISION Western Division |
| --- | --- | --- |
| **Gianni Armani Vincent** Kings County, New York | FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. * MARCH 26, 2024 * BROOKLYN OFFICE 24-CR-124 Judge Nina R. Morrison | NAME OF SENTENCING JUDGE **Terrence W. Boyle** |
| | | FROM 2/11/2022 — TO 2/10/2027 (DATES OF PROBATION/SUPERVISED RELEASE) |

**OFFENSE**
Conspiracy to Commit Bank Fraud and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1349 and 1028A(a)(1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):
**Defendant has no plans to return to this district**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

3-25-24
Date

*Signature* Terrence W. Boyle, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

IT IS HERBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge